# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Deirdre Thurston-Frazier<br>Michael Frazier<br><br>Debtor(s) | CHAPTER 13<br><br>BKY. NO. 16-14853 SR |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of Toyota Motor Credit Corporation and index same on the master mailing list.

Respectfully submitted,

**/s/ Matteo S. Weiner, Esq.**
Matteo S. Weiner, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322 FAX (215) 627-7734