WWR# 21372034

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: <br> DEIRDRE THURSTON-FRAZIER <br> MICHAEL FRAZIER <br>                Debtors <br><br> LSF9 MASTER PARTICIPATION TRUST <br>                Movant | Case No. 16-14853 <br><br> Chapter 13 <br><br> **Hearing Date:** 09/13/2017 <br> **Hearing Time:** 10:00 am |

### REQUEST FOR ADMISSIONS

Pursuant to F.R.C.P. 36, Movant hereby requests the following admissions of the Respondent:

1. The Respondents/Debtors, Deirdre Thurston-Frazier and Michael Frazier, has failed to make the post-petition payments that were due to Movant on the date listed below and in the amounts listed below:

    (a) One (1) monthly post-petition payment of $83.70, due for 04/01/2017.

    (b) One (1) monthly post-petition payment of $1.049.30, due for 05/01/2017.

    (b) One (1) monthly post-petition payment of $1.049.30, due for 06/01/2017.

    (b) One (1) monthly post-petition payment of $1,039.40, due for 07/01/2017.

                 Respectfully Submitted

                 WELTMAN, WEINBERG & REIS CO., L.P.A.

                BY: /s/ Keri P. Ebeck
                   KERI P. EBECK, ESQUIRE
                   436 7th Avenue
                   Suite 2500
                   Pittsburgh, PA 15219
                   (412) 434-7955  /  (412) 434-7959
                   Attorney for Movant