WWR# 21372034

### UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>DEIRDRE THURSTON-FRAZIER<br>MICHAEL FRAZIER<br>                    Debtors<br><br>LSF9 MASTER PARTICIPATION TRUST<br>                    Movant | Case No. 16-14853<br><br>Chapter 13<br><br>**Hearing Date:** 09/13/2017<br>**Hearing Time:** 10:00 am |

### REQUEST FOR PRODUCTION OF DOCUMENTS

Pursuant to F.R.C.P. 34, Movant hereby requests that the Debtors produce for inspection by the undersigned attorney for the Movant the following:

1. If you deny any or all of the subsections under Movant's Request for admission No. 1:

    (a) Canceled check, receipt, proof of money order, or other documentation evidencing that the post-petition payments due for 04/01/2017, were tendered to Movant.

    (b) Canceled check, receipt, proof of money order, or other documentation evidencing that the post-petition payments due for 05/01/2017, were tendered to Movant.

    (c) Canceled check, receipt, proof of money order, or other documentation evidencing that the post-petition payments due for 06/01/2017, were tendered to Movant.

    (d) Canceled check, receipt, proof of money order, or other documentation evidencing that the post-petition payments due for 07/01/2017, were tendered to Movant.

2. Copies of any and all documents, federal and state court opinions (whether published or unpublished), federal guidelines or other applicable statutory or common law bases upon which you rely in denying Plaintiff's Request for Admission Number 1.

                                            Respectfully Submitted,

                                            WELTMAN, WEINBERG & REIS CO., L.P.A.

                                            BY: /s/ Keri P. Ebeck
                                                KERI P. EBECK, ESQUIRE
                                                436 7th Avenue
                                                Suite 2500
                                                Pittsburgh, PA 15219
                                                (412) 434-7955 / (412) 434-7959
                                                Attorney for Movant