WWR# 21372034

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>DEIRDRE THURSTON-FRAZIER<br>MICHAEL FRAZIER<br>               Debtors<br><br>LSF9 MASTER PARTICIPATION TRUST<br>               Movant | CASE NO. 16-14853<br><br>CHAPTER 13<br>Related to Document Number 33<br>**Hearing Date:** 09/13/2017<br>**Hearing Time:** 10:00 am |

## CERTIFICATION OF NO RESPONSE

TO THE CLERK OF BANKRUPTCY COURT:

      The undersigned certifies that no response to the motion of Movant, LSF9 MASTER PARTICIPATION TRUST for Relief from the Automatic Stay is of record. Kindly submit the Order as attached hereto as Exhibit "A" to the Court for the entry of a Default Judgment for want of an answer.

                                                   /s/ Keri P. Ebeck
                                                   Keri P. Ebeck
                                                   436 7th Avenue
                                                   Suite 2500
                                                   Pittsburgh, PA 15219
                                                   (412) 434-7955
                                                   Attorney for Movant

WWR# 21372034

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>DEIRDRE THURSTON-FRAZIER<br>MICHAEL FRAZIER<br>                Debtors<br><br>LSF9 MASTER PARTICIPATION TRUST<br>                Movant | CASE NO. 16-14853<br><br>CHAPTER 13<br>Related to Document Number 33<br>**Hearing Date:** 09/13/2017<br>**Hearing Time:** 10:00 am |

## CERTIFICATE OF SERVICE

I, Keri P. Ebeck Esquire, attorney for Movant, do hereby certify that true and correct copies of the Certification of No Response have been served on the 28th day of August, 2017, by first class mail, postage prepaid from Pittsburgh, Pennsylvania, upon those listed below:

Office of the U.S. Trustee, 833 Chestnut St., Suite 500, Philadelphia, PA 19107

Debtors:
Deirdre Thurston-Frazier, 1536 Stevens St., Philadelphia, PA 19149

Michael Frazier, 1536 Stevens St., Philadelphia, PA 19149

(Served by Electronic Notification)

Debtor's Counsel:
Bruce J. Trawick, 3001 Walnut Street, 10th floor, Philadelphia, PA 19104

Trustee:
Frederick L. Reigle, 2901 St. Lawrence Avenue, P.O. Box 4010, Reading, PA 19606

WELTMAN, WEINBERG & REIS CO., L.P.A.

BY: /s/ Keri P. Ebeck
Keri P. Ebeck
436 7th Avenue
Suite 2500
Pittsburgh, PA 15219
(412) 434-7955
Attorney for Movant