United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 16-14853-jkf
Deirdre Thurston-Frazier                                        Chapter 13
Michael Frazier
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Antoinett           Page 1 of 1          Date Rcvd: Oct 03, 2017
                              Form ID: pdf900           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 05, 2017.
```
db/jdb         +Deirdre Thurston-Frazier,    Michael Frazier,    1536 Stevens St.,    Philadelphia, PA 19149-3309
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 3, 2017 at the address(es) listed below:
```
              ANN E. SWARTZ    on behalf of Creditor    HSBC Mortgage Services Inc. ecfmail@mwc-law.com,
               ecfmail@mwc-law.com
              BRUCE J. TRAWICK    on behalf of Debtor Deirdre  Thurston-Frazier brucejitzi@gmail.com,
               srowe@dc33lsp.org;r56186@notify.bestcase.com
              BRUCE J. TRAWICK    on behalf of Joint Debtor Michael  Frazier brucejitzi@gmail.com,
               srowe@dc33lsp.org;r56186@notify.bestcase.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor    HSBC Mortgage Services Inc. ecfmail@mwc-law.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor    LSF9 MASTER PARTICIPATION TRUST
               ecfmail@mwc-law.com
              CHRISOVALANTE  FLIAKOS    on behalf of Creditor    LSF9 MASTER PARTICIPATION TRUST paeb@fedphe.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
              KERI P EBECK    on behalf of Creditor    LSF9 MASTER PARTICIPATION TRUST kebeck@weltman.com,
               jbluemle@weltman.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              THOMAS I. PULEO    on behalf of Creditor    Toyota Motor Credit Corporation tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 12
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Michael Frazier<br>Deirdre Thurston-Frazier<br>                Debtors | CHAPTER 13 |
| Toyota Motor Credit Corporation<br>                Movant<br>vs. | NO. 16-14853 JKF |
| Michael Frazier<br>Deirdre Thurston-Frazier<br>                Debtors | 11 U.S.C. Section 362 |
| Frederick L. Reigle<br>                Trustee | |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The post-petition arrearage referenced in Movant's motion for relief has been cured, and the Debtor(s) is/are current, and paid up through the payment due September 12, 2017, on post-petition payments due to Movant under the Retail Installment Sale Contract referenced in the motion.

2. Debtor(s) shall maintain going forward, and pay when due, the post-petition contractual monthly payments due under the Retail Installment Sale Contract, beginning with the payment due October 12, 2017 in the amount of $348.81.

3. In the event that any of the payments described under Section 2 above are not tendered pursuant to the terms of this stipulation, the Movant shall notify Debtor(s) and Debtor(s) attorney of the default in writing and the Debtor(s) may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor(s) should fail to cure the default within fifteen (15) days, Movant may file a Certification of Default with the Court, upon which the Court shall enter an Order granting Movant relief from the automatic stay, as set forth in the proposed Order filed with Movant's motion for relief, and waiving the stay provided by Bankruptcy Rule 4001(a)(3), which the parties hereby agree to waive with respect to said Order. ("Movant" in this paragraph and hereinafter includes Movant's successors or assignees, should the claim be assigned or transferred.)

4. If the case is converted to Chapter 7, the Movant shall file a Certification of Default with the court and the court shall enter an order granting the Movant relief from the automatic stay.

5. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

6. The provisions of this stipulation do not constitute a waiver by the Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the Retail Installment Sale Contract and applicable law.

Date:   September 8, 2017

By: /s/ Matteo S. Weiner, Esquire
Matteo S. Weiner, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322 FAX (215) 627-7734
Attorneys for Movant

Date: 9/19/17

Bruce J. Trawick, Esquire
Attorney for Debtors

Date: 9/19/17

Frederick L. Reigle
Chapter 13 Trustee

Approved by the Court this 3rd day of October, 2017. However, the court retains discretion regarding entry of any further order.

Bankruptcy Judge
~~Stephen Raslavich~~ Jean K. FitzSimon