WWR# 21288017

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Ronald Brunson<br><br>                  Debtor<br><br>LSF9 Master Participation Trust<br>                  Movant | Case No. 14-14817-jkf<br><br>Chapter 13<br><br>**Hearing Date:** 01/24/2018<br>**Hearing Time:** 09:30 am |

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

Movant has filed a Motion for Relief from Automatic Stay with the court for relief from the automatic stay to permit Movant to foreclose on and sell at Sheriff's Sale the real property located at 1352 E. Weaver Street, Philadelphia, PA 19150.

<u>**Your rights may be affected.**</u>  **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before 01/08/2018  (17 Days from the date of the filing of this Motion) you or your attorney must do all of the following:

    (a)    file an answer explaining your position at

        U.S. Bankruptcy Clerk
        U.S. Bankruptcy Court
        Robert N.C. Nix, Sr. Federal Courthouse
        900 Market Street, Suite 400
        Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b)    mail a copy to the Movant's attorney:

        Keri P. Ebeck
        Weltman, Weinberg & Reis Co., L.P.A.
        436 7th Avenue
        Suite 2500
        Pittsburgh, PA 15219
        (412) 338-7102
        (412) 434-7959/fax

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

    3.    A hearing on the Motion is scheduled to be held before the Honorable Jean K. FitzSimon, on 01/24/2018, at 09:30 am, U.S. Bankruptcy Court, Robert N.C. Nix, Sr. Federal Courthouse, 900 Market Street, Suite 203, Philadelphia, PA 19107, Courtroom #3. Unless the Court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material, factual issues in the manner directed by Fed R. Bankr. P.9014(d).

    4.    If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

    5.    You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date: 12/22/2017

BY: /s/ Keri P. Ebeck
KERI P. EBECK, ESQUIRE
Weltman, Weinberg, & Reis Co., LPA
436 7th Avenue
Suite 2500
Pittsburgh, PA 15219
(412) 338-7102 / (412) 434-7959
Attorney for Movant