WWR# 021372034

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Deirdre Thurston-Frazier<br>Michael Frazier,<br>                    Debtors<br><br>LSF9 Master Participation Trust<br>                    Movant | Case No. 16-14853-JKF<br><br>Chapter 13<br>Related to Document No. 33 & 39<br>**Hearing Date:**<br>**Hearing Time:** |

## STIPULATION RESOLVING MOTION TO FOR RELIEF FROM AUTOMATIC STAY

Now this _____ day of _____, 2018. Upon the Motion of LSF9 Master Participation Trust for Relief from Automatic Stay and the Response filed by the Debtor.  Upon statements of counsel, the evidence and

This Court FINDS that LSF9 Master Participation Trust, Movant herein, is a creditor of the estate by virtue of a certain Mortgage with the Debtor, secured by the real property located at 1536 Stevens Street, Philadelphia, PA 19149 that the Movant has not been adequately protected and that Movant is entitled to the relief prayed for in accordance with the terms set forth herein.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that LSF9 Master Participation Trust be and is hereby granted relief from the Automatic Stay to take the necessary steps to permit foreclosure of the Mortgage and/or a Sheriffs' sale of the subject real property referenced herein.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that said relief shall be stayed so long as the Debtor makes each and every payment in a timely and complete manner beginning with the 06/01/2018 payment which must be paid in full in the amount of $1054.29 to LSF9 Master Participation Trust c/o Caliber Home Loans, Inc., P.O. Box 24330, Oklahoma City, OK 73124, on or before 06/01/2018. The Debtor must also make a payment lump sum payment in the amount of $894.73 due on 5/15/2018 along with a payment in the amount of $298.23 to Movant for a period of twelve (12) months to cure Movant's arrears totaling $4,473.49 ($3,442.49 arrears payments plus $1,031.00 attorney fees/cost) beginning on 06/15/2018 through and including 05/15/2019.  Regular payments are due to Movant on or before the 01 day of each month.

Should the Debtor default in any payment, notice will be sent to Debtor's Counsel advising of said default. If the default is not cured within 10 days as of the date of the notice, Movant's counsel shall file a Certificate of Default with the Court and a proposed Order requesting final relief from the automatic stay. Movant shall only be required to notify Debtor's Counsel of one default. Any Certificate of default filed with the Court shall indicate that Creditor's counsel has confirmed that no payments have been made to LSF9 Master Participation Trust.

_____
Jean K. FitzSimon
United States Bankruptcy Judge

/s/ Nathalie Paul_____          /s/ Bruce J. Trawick W/permission_____
Nathalie Paul, Attorney For Movant                               BRUCE J. TRAWICK, Attorney for the Debtor
170 S. Independence Mall W., Suite 874W                   3001 Walnut Street, 10th Floor
Philadelphia, PA 19106                                                    Philadelphia, PA 19104

/s/ Frederick L. Reigle W/permission_____
FREDERICK L. REIGLE, Trustee
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606

WWR# 021372034

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Deirdre Thurston-Frazier<br>Michael Frazier,<br>                      Debtors<br><br>LSF9 Master Participation Trust<br>                      Movant | Case No. 16-14853-JKF<br><br>Chapter 13<br>Related to Document No. 33 & 39<br>**Hearing Date:**<br>**Hearing Time:** |

### STIPULATION RESOLVING MOTION TO FOR RELIEF FROM AUTOMATIC STAY

Now this _____ day of _____, 2018. Upon the Motion of LSF9 Master Participation Trust for Relief from Automatic Stay and the Response filed by the Debtor. Upon statements of counsel, the evidence and

This Court FINDS that LSF9 Master Participation Trust, Movant herein, is a creditor of the estate by virtue of a certain Mortgage with the Debtor, secured by the real property located at 1536 Stevens Street, Philadelphia, PA 19149 that the Movant has not been adequately protected and that Movant is entitled to the relief prayed for in accordance with the terms set forth herein.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that LSF9 Master Participation Trust be and is hereby granted relief from the Automatic Stay to take the necessary steps to permit foreclosure of the Mortgage and/or a Sheriffs' sale of the subject real property referenced herein.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that said relief shall be stayed so long as the Debtor makes each and every payment in a timely and complete manner beginning with the 06/01/2018 payment which must be paid in full in the amount of $1054.29 to LSF9 Master Participation Trust c/o Caliber Home Loans, Inc., P.O. Box 24330, Oklahoma City, OK 73124, on or before 06/01/2018. The Debtor must also make a payment lump sum payment in the amount of $894.73 due on 5/15/2018 along with a payment in the amount of $298.23 to Movant for a period of twelve (12) months to cure Movant's arrears totaling $4,473.49 ($3,442.49 arrears payments plus $1,031.00 attorney fees/cost) beginning on 06/15/2018 through and including 05/15/2019. Regular payments are due to Movant on or before the 01 day of each month.

Should the Debtor default in any payment, notice will be sent to Debtor's Counsel advising of said default. If the default is not cured within 10 days as of the date of the notice, Movant's counsel shall file a Certificate of Default with the Court and a proposed Order requesting final relief from the automatic stay. Movant shall only be required to notify Debtor's Counsel of one default. Any Certificate of default filed with the Court shall indicate that Creditor's counsel has confirmed that no payments have been made to LSF9 Master Participation Trust.

 

_____
Jean K. FitzSimon
United States Bankruptcy Judge

| | |
|---|---|
| _/s/ Nathalie Paul_<br>Nathalie Paul, Attorney For Movant<br>170 S. Independence Mall W., Suite 874W<br>Philadelphia, PA 19106 | _/s/ Bruce J. Trawick_<br>BRUCE J. TRAWICK, Attorney for the Debtor<br>3001 Walnut Street, 10th Floor<br>Philadelphia, PA 19104 |

_/s/ Frederick L. Reigle_
FREDERICK L. REIGLE, Trustee
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606