**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

:  Chapter 13

Deirdre Thurston-Frazier and Michael Frazier,

       Debtors.      :    Case No. 16-14853 (JKF)

_____

**ORDER APPROVING STIPULATION**

**AND NOW** this 21st day of May, 2018, upon consideration of the Stipulation filed by LSF9 Master Participation Trust (doc. no. 56, the "Stipulation"), it is hereby **ordered** that the Stipulation is **approved**.

_____
HONORABLE JEAN K. FITZSIMON
United States Bankruptcy Judge