United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 16-14853-jkf
Deirdre Thurston-Frazier                                           Chapter 13
Michael Frazier
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2              User: PaulP           Page 1 of 1              Date Rcvd: May 22, 2018
                                 Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 24, 2018.
db/jdb        +Deirdre Thurston-Frazier,   Michael Frazier,   1536 Stevens St.,   Philadelphia, PA 19149-3309

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2018

Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 22, 2018 at the address(es) listed below:
          ANN E. SWARTZ   on behalf of Creditor   HSBC Mortgage Services Inc. ecfmail@mwc-law.com,
            ecfmail@mwc-law.com
          BRUCE J. TRAWICK   on behalf of Debtor Deirdre  Thurston-Frazier brucejitzi@gmail.com,
            srowe@dc331sp.org;r56186@notify.bestcase.com
          BRUCE J. TRAWICK   on behalf of Joint Debtor Michael  Frazier brucejitzi@gmail.com,
            srowe@dc331sp.org;r56186@notify.bestcase.com
          CELINE P. DERKRIKORIAN   on behalf of Creditor   HSBC Mortgage Services Inc. ecfmail@mwc-law.com
          CELINE P. DERKRIKORIAN   on behalf of Creditor   LSF9 MASTER PARTICIPATION TRUST
            ecfmail@mwc-law.com
          CHRISOVALANTE  FLIAKOS   on behalf of Creditor   LSF9 MASTER PARTICIPATION TRUST paeb@fedphe.com
          FREDERICK L. REIGLE   ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
          KEVIN M. BUTTERY   on behalf of Creditor   LSF9 MASTER PARTICIPATION TRUST bkyefile@rasflaw.com
          MATTEO SAMUEL WEINER   on behalf of Creditor   Toyota Motor Credit Corporation
            bkgroup@kmllawgroup.com
          NATHALIE  PAUL   on behalf of Creditor   LSF9 MASTER PARTICIPATION TRUST npaul@weltman.com,
            PitEcf@weltman.com
          POLLY A. LANGDON   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
            ecf_frpa@trustee13.com
          THOMAS I. PULEO   on behalf of Creditor   Toyota Motor Credit Corporation tpuleo@kmllawgroup.com,
            bkgroup@kmllawgroup.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov

                                                                                          TOTAL: 13

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
|  | : | **Chapter 13** |

Deirdre Thurston-Frazier and Michael Frazier,

|  |  |  |
|---|---|---|
| **Debtors.** | : | **Case No. 16-14853 (JKF)** |

### ORDER APPROVING STIPULATION

**AND NOW** this 21st day of May, 2018, upon consideration of the Stipulation filed

by LSF9 Master Participation Trust (doc. no. 56, the "Stipulation"), it is hereby **ordered**

that the Stipulation is **approved**.

_____

HONORABLE JEAN K. FITZSIMON
United States Bankruptcy Judge