UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                    :

MICHAEL FRAZIER
DEIRDRE THURSTON-FRAZIER
                                          : Bankruptcy No. 16-14853JKF
            Debtor(s)                     : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

Jean K. FitzSimon, B. J.

**Date: March 27, 2019**

Interested parties:

Polly A. Langdon, Esq.
William C. Miller, Esq.
Interim Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

BRUCE J TRAWICK, ESQ
AFSCME DC33 LEGAL SERVICES PLAN
3001 WALNUT ST   10TH FLR
PHILADELPHIA PA 19104-

MICHAEL FRAZIER
DEIRDRE THURSTON-FRAZIER
1536 STEVENS ST.
PHILADELPHIA,PA.19149