United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-14853-jkf
Deirdre Thurston-Frazier                                              Chapter 13
Michael Frazier
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: PaulP              Page 1 of 2           Date Rcvd: Mar 27, 2019
                             Form ID: pdf900          Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 29, 2019.
```
db/jdb        +Deirdre Thurston-Frazier,    Michael Frazier,    1536 Stevens St.,    Philadelphia, PA 19149-3309
13756552      +CITIZENS BANK CARD,    PO BOX42010,    Providence, RI 02940-2010
13759553      +Citizens Bank,    1 Citizens Drive,    ROP15B,    Riverside R.I. 02915-3035
13756555      +HSBC MORTGAGE,    PO BOX 1231,    Brandon, FL 33509-1231
13756557      +MODELLS SPORTING GOODS,    PO BOX 659707,    San Antonio, TX 78265-9707
13756558      +PECO ENERGY,    PO BOX 37629,    Philadelphia, PA 19101-0629
13756559       PGW,    PO BOX 1170,    Newark, NJ 07101
13777739      +Philadelphia Gas Works,    800 W Montgomery Ave,    Philadelphia Pa 19122-2898,
                Attn: Bankruptcy Dept 3F
13756561      +TARGET CARD SERVICES,    PO BOX 660170,    Dallas, TX 75266-0170
13756562     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court: TOYOTA FINANCIAL,    PO BOX 5855,    Carol Stream, IL 60197)
13777516      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Mar 28 2019 02:48:00    City of Philadelphia,
                City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 28 2019 02:47:36
                Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 28 2019 02:47:56     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,   Room 1250,    615 Chestnut Street,   Philadelphia, PA 19106-4404
13781126      +E-mail/Text: g20956@att.com Mar 28 2019 02:48:13    AT&T Mobility II LLC,
                %AT&T SERVICES INC.,    KAREN A. CAVAGNARO PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
                BEDMINSTER, NJ. 07921-2693
13841202      +E-mail/Text: megan.harper@phila.gov Mar 28 2019 02:48:00
                CITY OF PHILADELPHIA LAW DEPARTMENT - TAX UNIT,    BANKRUPTCY GROUP - MSB,
                1401 JOHN F. KENNEDY BLVD, 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
13756553      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 28 2019 02:47:31      DRESS BARN,
                PO BOX 659704,    San Antonio, TX 78265-9704
13756556      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 28 2019 02:47:31      LANE BRYANT,
                PO BOX 659728,    San Antonio, TX 78265-9728
13839187      +E-mail/Text: ECMBKMail@Caliberhomeloans.com Mar 28 2019 02:48:18
                LSF9 Master Participation Trust,    c/o Caliber Home Loans, Inc.,    PO Box 24330,
                Oklahoma City, OK 73124-0330
13769543       E-mail/PDF: resurgentbknotifications@resurgent.com Mar 28 2019 02:49:22
                LVNV Funding, LLC its successors and assigns as,    assignee of Springleaf Financial,
                Services Of Indiana, Inc.,    Resurgent Capital Services,   PO Box 10587,
                Greenville, SC 29603-0587
13788371       E-mail/Text: bnc-quantum@quantum3group.com Mar 28 2019 02:47:32
                Quantum3 Group LLC as agent for,    Comenity Bank,   PO Box 788,    Kirkland, WA  98083-0788
13799120       E-mail/Text: bnc-quantum@quantum3group.com Mar 28 2019 02:47:32
                Quantum3 Group LLC as agent for,    Comenity Capital Bank,   PO Box 788,
                Kirkland, WA  98083-0788
13756560       E-mail/Text: appebnmailbox@sprint.com Mar 28 2019 02:47:46     SPRINT,    PO BOX 54977,
                Los Angeles, CA 90054
13839522      +E-mail/Text: bncmail@w-legal.com Mar 28 2019 02:47:53     TD Bank USA, N.A.,
                C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13756563      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 28 2019 02:47:21
                VERIZON,    PO BOX 15124,    Albany, NY 12212-5124
13756564      +E-mail/PDF: gecsedi@recoverycorp.com Mar 28 2019 02:49:30     WALMART CREDIT CARD,
                PO BOX 530927,    Atlanta, GA 30353-0927
                                                                                              TOTAL: 15

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13756554         EVINE LIVE
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2          User: PaulP              Page 2 of 2                  Date Rcvd: Mar 27, 2019
                              Form ID: pdf900          Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 27, 2019 at the address(es) listed below:
              ANN E. SWARTZ    on behalf of Creditor    HSBC Mortgage Services Inc. ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              BRUCE J. TRAWICK    on behalf of Debtor Deirdre   Thurston-Frazier brucejitzi@gmail.com,
               srowe@dc33lsp.org;r56186@notify.bestcase.com
              BRUCE J. TRAWICK    on behalf of Joint Debtor Michael   Frazier brucejitzi@gmail.com,
               srowe@dc33lsp.org;r56186@notify.bestcase.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor    LSF9 MASTER PARTICIPATION TRUST
               ecfmail@mwc-law.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor    HSBC Mortgage Services Inc. ecfmail@mwc-law.com
              CHRISOVALANTE   FLIAKOS    on behalf of Creditor    LSF9 MASTER PARTICIPATION TRUST paeb@fedphe.com
              KEVIN M. BUTTERY    on behalf of Creditor    LSF9 MASTER PARTICIPATION TRUST kbuttery@rascrane.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              NATHALIE   PAUL    on behalf of Creditor    LSF9 MASTER PARTICIPATION TRUST npaul@weltman.com,
               PitEcf@weltman.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              SCOTT   WATERMAN    ECFmail@fredreiglech13.com,   ECF_FRPA@Trustee13.com
              THOMAS I. PULEO    on behalf of Creditor    Toyota Motor Credit Corporation tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM   MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 14
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :

MICHAEL FRAZIER
DEIRDRE THURSTON-FRAZIER
                                                    : Bankruptcy No. 16-14853JKF
        Debtor(s)                                   : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: March 27, 2019**

Jean K. FitzSimon, B. J.

Interested parties:

Polly A. Langdon, Esq.
William C. Miller, Esq.
Interim Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

BRUCE J TRAWICK, ESQ
AFSCME DC33 LEGAL SERVICES PLAN
3001 WALNUT ST   10TH FLR
PHILADELPHIA PA 19104-

MICHAEL FRAZIER
DEIRDRE THURSTON-FRAZIER
1536 STEVENS ST.
PHILADELPHIA,PA.19149